IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GST CORPORATION
Successor To: ETA
Transportation, Inc.                                      PLAINTIFF

VS.                 CASE NO. 05-5070

AMERICAN INTERNATIONAL GROUP,
INC., et al.                                                  DEFENDANTS

**AMENDED AND SUBSTITUTED ORDER**

NOW on this 31st day of October 2005, the Court hereby enters this AMENDED AND SUBSTITUTED ORDER in place of its ORDER Of October 28, 2005. The said ORDER of October 28, 2005, is herewith re-published, nunc pro tunc October 28, 2005, as follows:

Now on this 28th day of October, 2005, the motion to seal filed by Defendant Aon Risk Services, Inc. of Arkansas (Doc. 32) is hereby referred to United States Magistrate Judge Beverly Stites Jones.

IT IS SO ORDERED.

                                           /S/JIMM LARRY HENDREN
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED and entered this 31st day of October, 2005, nunc pro tunc October 28, 2005.

                                           /S/JIMM LARRY HENDREN
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE