IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GST CORPORATION
Successor to: ETA TRANSPORTATION, INC.                                    PLAINTIFF

v.                              Civil No. 05-5070

AMERICAN INTERNATIONAL GROUP, INC.,
GRANITE STATE INSURANCE CO., AON
RISK SERVICES, INC. OF ARKANSAS,
HAYWARD, TILTON & ROLAPP INSURANCE
ASSOCIATES, INC., LNR ADJUSTERS, PROGRAM
ADMINISTRATORS, INC.                                                      DEFENDANTS

**O R D E R**

On November 8, 2005, separate defendants American International Group, Inc. (AIG) and Granite State Insurance Company filed a joint motion (Doc. #48) requesting relief from this court's order of November 1, 2005 (Doc. #42), requiring the participation of all parties, attorneys, and insurance representative at a closed hearing. For reasons set forth in the motion, the request is hereby granted. AIG and Granite States Insurance Company will be allowed to appear and participate at the hearing through the presence of their counsel.

IT IS SO ORDERED this 15th day of November 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE