IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GST CORPORATION
Successor To: ETA
Transportation, Inc.                                                                                                                                    PLAINTIFF

VS.                             CASE NO. 05-5070

AMERICAN INTERNATIONAL GROUP,
INC., GRANITE STATE INSURANCE
COMPANY, AON RISK SERVICES d/b/a
AON TRUCK GROUP, HAYWARD, TILTON &
ROLAPP INSURANCE ASSOCIATES, INC.,
LNR ADJUSTERS, and
PROGRAM ADMINISTRATORS, INC.                     DEFENDANTS

**ORDER OF DISMISSAL WITH PREJUDICE AS TO SEPARATE DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., GRANITE STATE INSURANCE COMPANY, AON RISK SERVICES, INC. OF ARKANSAS, AND HAYWARD, TILTON & ROLAPP INSURANCE ASSOCIATES, INC.**

Upon representation that Plaintiff GST Corporation, Successor to ETA Transportation, Inc. and Separate Defendants American International Group, Inc., Granite State Insurance Company, Aon Risk Services, Inc. of Arkansas, and Hayward, Tilton & Rolapp Insurance Associates, Inc. have reached settlement, the above-styled Complaint should be and is hereby dismissed with prejudice as to Separate Defendants American International Group, Inc., Granite State Insurance Company, Aon Risk Services, Inc. of Arkansas, and Hayward, Tilton & Rolapp Insurance Associates, Inc. The cross-claim filed by Aon Risk Services, Inc. of Arkansas, against Hayward, Tilton & Rolapp Insurance Associates, Inc. also should be and is hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of January, 2006.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE