UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GST CORPORATION
Successor To
ETA TRANSPORTATION, INC.                                              PLAINTIFFS

vs.                            Case No. 05-5070

LNR ADJUSTERS
PROGRAM ADMINISTRATORS, INC.                                          DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO SEPARATE DEFENDANTS LNR ADJUSTERS AND PROGRAM ADMINISTRATORS, INC.

Now on this 10th day of January, 2006, is presented to the Court the **Motion for Default Against Separate Defendants Program Administrators, Inc. And LNR Adjustors or, Alternatively, Motion to Dismiss Program Administrators, Inc. and LNR Adjusters Without Prejudice** (document #30), and the Court, being well and sufficiently advised, finds that the motion should be **granted** and the Court hereby dismisses the Complaint of the plaintiff, GST Corporation, against separate defendants, Program Administrators, Inc. and LNR Adjusters, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and this case is hereby closed.

IT IS SO ORDERED.

**/s/JIMM LARRY HENDREN**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**